No. 81–6318. ARTWAY v. KRAMER, JUDGE, BURLINGTON COUNTY COURT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–6320. WHITE v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–6322. WILSON v. JAGO. C. A. 6th Cir. Certiorari denied.

No. 81–6326. LAMOUNTAIN v. RAINES. C. A. 9th Cir. Certiorari denied.

No. 81–6327. BROWN v. HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–6334. LAMANTIA v. NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.

No. 81–6335. JERALD v. O'ROURKE. C. A. 9th Cir. Certiorari denied.

No. 81–6336. DENTLY v. IRVIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–6337. DEWITT v. MANSON, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. C. A. 2d Cir. Certiorari denied.

No. 81–6339. BIRDEN v. SMITH. C. A. 2d Cir. Certiorari denied.

No. 81–6341. PLOTKIN v. GRUMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–6349. MCZEAL v. MAGGIO ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–6362. SMITH v. COHEN. C. A. 11th Cir. Certiorari denied.